AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

|  |  |
|---|---|
| CHERYL RADIX, JULIAN CARRINGTON, AUDRA HEAVEN, JIGAR PATEL, and ACHEBE SAM, on behalf of themselves and all others similarly situated, <br><br> _Plaintiff(s)_ <br><br> v. <br><br> KENSINGTON INTERNATIONAL, INC., JOHN GELIN, EYAN EDWARDS, RHINA HERNANDEZ, RICARDO BLACK, KENNSINGTON CAPITAL GROUP, LLC, THE BUSINESS BUYERS CLUB, LLC, ARTIST SOLUTIONS, LLC, D/B/A ARTIST FINANCIAL PROGRAMS or UNKNY, ULTIMATE BETTER WORLD SOLUTIONS LLC, FINANCIAL SAVER NETWORK, INC. D/B/A E-FUNDING COMPANY, KAY VANG-THAO, BURKE MCFARLAND A/K/A NOEL MCFARLAND, and SOUTHERN LAND PARTNERS, LLC <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  1:22-cv-6632 |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   KENSINGTON INTERNATIONAL, INC.
C/O UNITED STATES CORPORATION AGENTS, INC
7014 13TH AVENUE SUITE 202
BROOKLYN, NEW YORK, 11228

(Please see attached rider for additional addressees)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John J. Thompson, Esq.                    Jeffrey Benjamin, Esq.
42 W. 38th Street, Suite 1002             5 Pennsylvania Plaza 23rd floor
New York, NY 10018                        New York, NY 10001
(646) 568-4280                            (212) 835-1532
jt@ts-firm.com                            jbenjamin@nyfraudlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahaoney.
_CLERK OF COURT_

Date:  11-17-2022                          /S/ Michael Innelli, Deputy Clerk
_____                          _____
                                           _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

|  |  |  |
|---|---|---|
| CHERYL RADIX, JULIAN CARRINGTON, AUDRA HEAVEN, JIGAR PATEL, and ACHEBE SAM, on behalf of themselves and all others similarly situated,<br><br>_____<br>*Plaintiff(s)*<br>v.<br>KENSINGTON INTERNATIONAL, INC., JOHN GELIN, EYAN EDWARDS, RHINA HERNANDEZ, RICARDO BLACK, KENNSINGTON CAPITAL GROUP, LLC, THE BUSINESS BUYERS CLUB, LLC, ARTIST SOLUTIONS, LLC, D/B/A ARTIST FINANCIAL PROGRAMS or UNKNY, ULTIMATE BETTER WORLD SOLUTIONS LLC, FINANCIAL SAVER NETWORK, INC. D/B/A E-FUNDING COMPANY, KAY VANG-THAO, BURKE MCFARLAND A/K/A NOEL MCFARLAND, and SOUTHERN LAND PARTNERS, LLC<br>_____<br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-cv-6632 |

## RIDER

To:

1. KENSINGTON INTERNATIONAL, INC.
   C/O UNITED STATES CORPORATION AGENTS, INC
   7014 13TH AVENUE SUITE 202
   BROOKLYN, NEW YORK, 11228

2. JOHN GELIN
   1305 E 46TH ST
   BROOKLYN, NY 11234-2001
   KINGS COUNTY

3. EYAN EDWARDS
   800 PARK AVE APT 2802
   FORT LEE, NJ 07024-3767
   BERGEN COUNTY

4. RHINA HERNANDEZ
   1305 E 46TH ST
   BROOKLYN, NY 11234-2001
   KINGS COUNTY

5. RICARDO BLACK
   464 BROADWAY
   MONTICELLO, NEW YORK, 12701

6. KENNSINGTON CAPITAL GROUP, LLC
   C/O MR. ERIC CALLAHAN
   54 WEST S. ORANGE
   SOUTH ORANGE, NJ, 07079

7. THE BUSINESS BUYERS CLUB, LLC
   SPIEGEL & UTRERA PA PC
   1 MAIDEN LANE 5TH FL
   NEW YORK, NEW YORK, 10038

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

8.   ARTIST SOLUTIONS, LLC d/b/a ARTIST FINANCIAL PROGRAMS or UNKNY
     STEVEN GELIN
     564 EAST 56TH STREET
     BROOKLYN, NEW YORK, 11203

9.   ULTIMATE BETTER WORLD SOLUTIONS LLC
     C/O PETER MANGIAMELI
     464 BROADWAY
     MONTICELLO, N EW YORK, 12701

10.  FINANCIAL SAVER NETWORK, INC. d/b/a E-FUNDING COMPANY
     C/O KAOLEE (KAY) VANG-THAO
     1001 JOHNSON PKWY #B9
     ST PAUL 55106 MN, USA

11.  KAOLEE (KAY) VANG-THAO
     1001 JOHNSON PKWY #B9
     ST PAUL 55106 MN, USA

12.  BURKE MCFARLAND a/k/a NOEL MCFARLAND
     170 N. POSEY HILL ROAD
     MOUNT JULIET, TN 37122

     978 GLADVILLE ROAD
     MOUNT JULIET, TN 37122

13.  SOUTHERN LAND PARTNERS, LLC
     1922 ASHBURN CT
     NOLENSVILLE, TN 37135-9527 USA

CLERK OF THE COURT

_____

Date: _____