ATTORNEY(S) : Thompson & Skrabanek PLLC
INDEX # : 1:22-cv-06632-FB-RML
PURCHASED/FILED : November 17, 2022
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Cheryl Radix, et al

Plaintiff(s)

against

Kensington International, Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 45 Yrs. |
| COUNTY OF ALBANY )SS | | |
| CITY OF ALBANY ) | Weight: 160 Lbs. Height: 5' 10" Sex: Female Color of skin: White | |

Hair color: Blonde   Other: _____

**Robert Guyette** _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 7, 2022** , at **1:15 PM** , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **Summons in A Civil Action & Class Action Complaint with Exhibits**

on **Artist Solutions, LLC d/b/a Artist Financial Programs or UNKNY** ,

the Defendant in this action, by delivering to and leaving with **Amy Lesch** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

_7th_ day of _December, 2022_

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2244293
Attorney File # **Radix**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

                                 CASE NO 1:22-CV-6632

**CHERYL RADIX, ET AL**                    DATE FILED 11/17/2022

                      **Plaintiff,**                 **AFFIDAVIT OF**
      -against-                          **SERVICE**

**KENSINGTON INTERNATIONAL INC, ET AL**
                    **Defendants,**

---

Nassau County, New York State: **DAINON WARD**
Being sworn says: Deponent is not a party herein, is over 18 years of age and resides in
**NEW YORK STATE**
On **JANUARY 10, 2022** at **3:45 PM** at **1180 EAST 46TH STREET  BROOKLYN NY 11234**
Deponent served the within   **SUMMONS IN A CIVIL ACTION, RIDER, CLASS ACTION
COMPLAINT**
On which were set forth the CASE No: herein and the date of filing
On **RICARDO BLACK**

| | |
|---|---|
| **Individual** {XXX} | **By delivering a true copy of each to said recipient personally; deponent knew the person described as said recipient. Recipient was identified through self-admission** |
| **Description** {XXX} | **Sex: MALE**    **Color/Skin: BROWN**    **Hair: BALD**    **Age (approx): 51-65**<br>**Height (approx): 5'4-5'6**    **Weight (approx): 200-225 LBS**    **Other: GLASSES** |
| **Military Service** {XXX} | I asked the person to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. Recipient wore civilian clothes and no military uniform.  The source of my information and the grounds of my belief are the conversations and observations above narrated. |

SWORN TO BEFORE ME ON **JANUARY 11, 2023**

                                                     **DAINON WARD**

MARY P. VETTER
Notary Public, State of New York
No. 01VE6122612
Qualified in Queens County
Commission Expires: February 14, 2025

**NYS FINEST INC  PO BOX 203  CARLE PLACE NY 11514  (516) 997-9252**

ATTORNEY(S) : Thompson & Skrabanek PLLC
INDEX # : 1:22-cv-06632-FB-RML
PURCHASED/FILED : November 17, 2022
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Cheryl Radix, et al

Plaintiff(s)

against

Kensington International, Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: 45 Yrs. |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 160 Lbs. Height: 5' 10" Sex: Female Color of skin: White | |

Hair color: Blonde   Other: _____

**Robert Guyette** _____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 7, 2022** , at **1:15 PM** , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served: **Summons in A Civil Action & Class Action Complaint with Exhibits**

on

**The Business Buyers Club, LLC**

the Defendant in this action, by delivering to and leaving with **Amy Lesch** AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of **$40** dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th   day of   December, 2022

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2244292
Attorney File # **Radix**

ATTORNEY(S) : Thompson & Skrabanek PLLC
INDEX # : **1:22-cv-06632-FB-RML**
PURCHASED/FILED : November 17, 2022
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE -  SECRETARY OF STATE

Cheryl Radix, et al

Plaintiff(s)

against

Kensington International, Inc., et al

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY  ) SS
CITY OF ALBANY    )

**DESCRIPTION OF PERSON SERVED:**   Approx. Age:  45 Yrs.

Weight:  160 Lbs.  Height:  5' 10"  Sex:  Female  Color of skin:  White

Hair color:  Blonde  Other:

**Robert Guyette** , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 7, 2022** , at **1:15 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Class Action Complaint with Exhibits**

on

**Kennsington Capital Group, LLC**

,

the Defendant in this action, by delivering to and leaving with     **Amy Lesch**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of making such service, deponent paid said Secretary of State a fee of     $40     dollars; That said service was made pursuant to Section   **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th   day of    December, 2022

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2244291
Attorney File #  **Radix**

ATTORNEY(S) : Thompson & Skrabanek PLLC
INDEX # : **1:22-cv-06632-FB-RML**
PURCHASED/FILED : November 17, 2022
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE - SECRETARY OF STATE

Cheryl Radix, et al

Plaintiff(s)

against

Kensington International, Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | **DESCRIPTION OF PERSON SERVED:** | Approx. Age: | 45 Yrs. |
| COUNTY OF ALBANY )SS | | | |
| CITY OF ALBANY ) | Weight: 160 Lbs. Height: 5' 10" Sex: Female Color of skin: White | | |

Hair color: Blonde   Other: _____

**Robert Guyette**_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 7, 2022**_____ , at **1:15 PM** , at the office of the Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Class Action Complaint with Exhibits**

on
**Kensington International, Inc.**

the Defendant in this action, by delivering to and leaving with _____ **Amy Lesch** _____
AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section  **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th    day of    December, 2022

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2244290
Attorney File #  **Radix**

ATTORNEY(s) : Thompson & Skrabanek PLLC
INDEX # : **1:22-cv-06632-FB-RML**
PURCHASED/FILED : November 17, 2022
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE -  SECRETARY OF STATE

Cheryl Radix, et al

Plaintiff(s)

against

Kensington International, Inc., et al

Defendant(s)

| STATE OF NEW YORK ) | DESCRIPTION OF PERSON SERVED: | Approx. Age: 45 Yrs. |
|---|---|---|
| COUNTY OF ALBANY ) SS | | |
| CITY OF ALBANY ) | Weight: 160 Lbs. Height: 5' 10" Sex: Female Color of skin: White | |

Hair color: Blonde  Other: _____

**Robert Guyette**_____ , being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **December 7, 2022**_____ , at **1:15 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Class Action Complaint with Exhibits**

on

**Ultimate Better World Solutions LLC**

the Defendant in this action, by delivering to and leaving with _____**Amy Lesch**_____ AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies  thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____$40_____ dollars; That said service was made pursuant to Section **LIMITED LIABILITY COMPANY LAW §303**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this

7th   day of    December, 2022

FAITH COZZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2023

Robert Guyette

**Invoice·Work Order #** 2244294
Attorney File #  **Radix**

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On January 19, 2023, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 19, 2023, at New York, New York.



Mastewal Taddese Terefe, Esq.