UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHERYL RADIX, JULIAN CARRINGTON, AUDRA HEAVEN, JIGAR PATEL, *and* ACHEBE SAM, *on behalf of themselves and all others similarly situated*, <br><br> *Plaintiff*, <br><br> v. <br><br> KENSINGTON INTERNATIONAL, INC., JOHN GELIN, EYAN EDWARDS, RHINA HERNANDEZ, RICARDO BLACK, KENNSINGTON CAPITAL GROUP, LLC, THE BUSINESS BUYERS CLUB, LLC, ARTIST SOLUTIONS, LLC D/B/A ARTIST FINANCIAL PROGRAMS or UNKNY, ULTIMATE BETTER WORLD SOLUTIONS LLC, FINANCIAL SAVER NETWORK, INC. D/B/A E-FUNDING COMPANY, KAY VANG-THAO, BURKE MCFARLAND A/K/A NOEL MCFARLAND, *and* SOUTHERN LAND PARTNERS, LLC, <br><br> *Defendants*. | Civil Action No. 1:22-cv-6632 <br><br> **REQUEST FOR CERTIFICATE OF DEFAULT** |

TO:   BRENNA B. MAHONEY
      UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF NEW YORK

Please enter the default of Defendants Artist Solutions, LLC d/b/a Artist Financial Programs or UNKNY, The Business Buyers Club, LLC, Kensington Capital Group, LLC, and Kensington International, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached affirmation of Mastewal Taddese Terefe, Esq.

Dated: August 21, 2023

By: _____
Mastewal Taddese Terefe, Esq.
THOMPSON & SKRABANEK
42 W. 38th Street, Suite 1002
New York, NY 10018
Tel: (646) 568-4280
mterefe@ts-firm.com

ATTORNEYS FOR PLAINTIFFS