**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CHERYL RADIX, JULIAN CARRINGTON, AUDRA HEAVEN, JIGAR PATEL, *and* ACHEBE SAM, *on behalf of themselves and all others similarly situated,*<br><br>*Plaintiff,*<br><br>v.<br><br>KENSINGTON INTERNATIONAL, INC., JOHN GELIN, EYAN EDWARDS, RHINA HERNANDEZ, RICARDO BLACK, KENNSINGTON CAPITAL GROUP, LLC, THE BUSINESS BUYERS CLUB, LLC, ARTIST SOLUTIONS, LLC D/B/A ARTIST FINANCIAL PROGRAMS or UNKNY, ULTIMATE BETTER WORLD SOLUTIONS LLC, FINANCIAL SAVER NETWORK, INC. D/B/A E-FUNDING COMPANY, KAY VANG-THAO, BURKE MCFARLAND A/K/A NOEL MCFARLAND, *and* SOUTHERN LAND PARTNERS, LLC,<br><br>*Defendants.* | Civil Action No. 1:22-cv-6632<br><br>**CLERK'S CERTIFICATE OF DEFAULT** |

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on November 1, 2022 with the filing of a Summons and Complaint (*DE* #1), that a copy of the Summons and Complaint was served on Defendants John Gelin, Rhina Hernandez, and Eyan Edwards all pursuant to the provisions of Fed. R. Civ. P. 4(m) and CPLR § 308(5), consistent with the Court's Order dated May 11, 2023, and that proof of service for all such Defendants was filed on July 4, 2023 (*DE* #21).

I further certify that the docket entries indicate that none of the afore-mentioned Defendants have filed an answer or otherwise moved with respect to the Complaint herein. The default of Defendants John Gelin, Rhina Hernandez, and Eyan Edwards is hereby noted.

Dated: Brooklyn, NY
October 25, 2023

BRENNA B. MAHONEY, Clerk of Court

By: Jalitza Poveda
Deputy Clerk