

# THOMPSON & SKRABANEK, PLLC

### NEW YORK

515 Madison, 31st Floor, New York, New York 10024 | (646) 568-4280 | contact@ts-firm.com

December 2, 2025

_Via ECF_

Honorable Judge Robert M. Levy
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    _Radix et al., v. Kensington International Inc. et al.;_ Case No. 1:22-cv-06632
        Status Update

Dear Judge Levy:

We represent Plaintiffs in the above-referenced case. We write to provide a general status update and to provide the basis for our request to extend the deadline for fact discovery. As discussed at yesterday's conference, we respectfully request that this deadline be extended to March 1, 2026 or a comparable date preferrable to the Court.

Plaintiffs have been making progress in discovery in this RICO action alleging a complex scheme of real estate and investment fraud, which involves many individuals and entities. Plaintiffs have also continued to review the voluminous third-party productions it has obtained, mostly from financial institutions.

Generally speaking, Plaintiffs' intention is to seek the Court's leave to amend its complaint one final time, then to seek a default judgment against those non-appearing Defendants which appear to have been the primary drivers of this complex financial fraud. Plaintiffs may also seek to attach certain properties.

As regards Ricardo Black, the sole defendant to appear in this Action (along with his single-member corporate entity), Plaintiffs have completed discovery save for a few final requests. Plaintiffs are also engaged in ongoing settlement discussions with Mr. Black.

We remain cognizant of the length of time that discovery is taking in this case but we want to ensure that we gather as complete an accounting as is feasible before moving for a default judgment in this complicated case. In the last few months, our progress was also delayed by undersigned counsel's paternity leave. We respectfully submit that none of the defendants are

prejudiced by the delay. For all of the non-appearing defendants, it is their own refusal to participate in this case which impedes discovery.

We thank the Court for its attention to this matter.

Respectfully submitted,

John J. Thompson, Esq.
THOMPSON & SKRABANEK, PLLC
515 Madison Avenue, 31st Floor
(646) 568-4010
jt@ts-firm.com

*Attorneys for Plaintiffs*

