AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

CHERYL RADIX, JULIAN CARRINGTON, AUDRA HEAVEN, JIGAR PATEL, and ACHEBE SAM, on behalf of themselves and all others similarly situated,

*Plaintiff(s)*

v.

KENSINGTON INTERNATIONAL, INC., JOHN GELIN, EYAN EDWARDS, RHINA HERNANDEZ, RICARDO BLACK, KENNSINGTON CAPITAL GROUP, LLC, THE BUSINESS BUYERS CLUB, LLC, ARTIST SOLUTIONS, LLC, D/B/A ARTIST FINANCIAL PROGRAMS or UNKNY, ULTIMATE BETTER WORLD SOLUTIONS LLC, FINANCIAL SAVER NETWORK, INC. D/B/A E-FUNDING COMPANY, KAY VANG-THAO, BURKE MCFARLAND A/K/A NOEL MCFARLAND, and SOUTHERN LAND PARTNERS, LLC

*Defendant(s)*

Civil Action No. 1:22-cv-6632

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* KENSINGTON INTERNATIONAL, INC.
C/O UNITED STATES CORPORATION AGENTS, INC
7014 13TH AVENUE SUITE 202
BROOKLYN, NEW YORK, 11228

(Please see attached rider for additional addressees)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John J. Thompson, Esq.
42 W. 38th Street, Suite 1002
New York, NY 10018
(646) 568-4280
jt@ts-firm.com

Jeffrey Benjamin, Esq.
5 Pennsylvania Plaza 23rd floor
New York, NY 10001
(212) 835-1532
jbenjamin@nyfraudlaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Brenna Mahaoney.
*CLERK OF COURT*

Date: 11-17-2022

/S/ Michael Innelli, Deputy Clerk

*Signature of Clerk or Deputy Clerk*

Case 1:22-cv-06632-FB-RML Document 7 Filed 11/17/22 Page 2 of 4 PageID #: 237

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Burke McFarland aka Noel McFarland
was received by me on *(date)* April 28 2026

☑ I personally served the summons on the individual at *(place)* 978 Gladeville Rd Mount Juliet TN 37122 on *(date)* April 29 2026; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______; or

❒ I returned the summons unexecuted because ______; or

❒ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: April 30 2026

[signature]
*Server's signature*

Bradley Holton Process Server
*Printed name and title*

HOLTON SERVICES
1222 16th ave south #23
Nashville TN 37212
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Eastern District of New York

CHERYL RADIX, JULIAN CARRINGTON, AUDRA HEAVEN, JIGAR PATEL, and ACHEBE SAM, on behalf of themselves and all others similarly situated,

*Plaintiff(s)*

v.

KENSINGTON INTERNATIONAL, INC., JOHN GELIN, EYAN EDWARDS, RHINA HERNANDEZ, RICARDO BLACK, KENNSINGTON CAPITAL GROUP, LLC, THE BUSINESS BUYERS CLUB, LLC, ARTIST SOLUTIONS, LLC, D/B/A ARTIST FINANCIAL PROGRAMS or UNKNY, ULTIMATE BETTER WORLD SOLUTIONS LLC, FINANCIAL SAVER NETWORK, INC. D/B/A E-FUNDING COMPANY, KAY VANG-THAO, BURKE MCFARLAND A/K/A NOEL MCFARLAND, and SOUTHERN LAND PARTNERS, LLC

*Defendant(s)*

Civil Action No. 1:22-cv-6632

**RIDER**

To:

1. KENSINGTON INTERNATIONAL, INC.
   C/O UNITED STATES CORPORATION AGENTS, INC
   7014 13TH AVENUE SUITE 202
   BROOKLYN, NEW YORK, 11228

2. JOHN GELIN
   1305 E 46TH ST
   BROOKLYN, NY 11234-2001
   KINGS COUNTY

3. EYAN EDWARDS
   800 PARK AVE APT 2802
   FORT LEE, NJ 07024-3767
   BERGEN COUNTY

4. RHINA HERNANDEZ
   1305 E 46TH ST
   BROOKLYN, NY 11234-2001
   KINGS COUNTY

5. RICARDO BLACK
   464 BROADWAY
   MONTICELLO, NEW YORK, 12701

6. KENNSINGTON CAPITAL GROUP, LLC
   C/O MR. ERIC CALLAHAN
   54 WEST S. ORANGE
   SOUTH ORANGE, NJ, 07079

7. THE BUSINESS BUYERS CLUB, LLC
   SPIEGEL & UTRERA PA PC
   1 MAIDEN LANE 5TH FL
   NEW YORK, NEW YORK, 10038

8. ARTIST SOLUTIONS, LLC d/b/a ARTIST FINANCIAL PROGRAMS or UNKNY
   STEVEN GELIN
   564 EAST 56TH STREET
   BROOKLYN, NEW YORK, 11203

9. ULTIMATE BETTER WORLD SOLUTIONS LLC
   C/O PETER MANGIAMELI
   464 BROADWAY
   MONTICELLO, N EW YORK, 12701

10. FINANCIAL SAVER NETWORK, INC. d/b/a E-FUNDING COMPANY
    C/O KAOLEE (KAY) VANG-THAO
    1001 JOHNSON PKWY #B9
    ST PAUL 55106 MN, USA

11. KAOLEE (KAY) VANG-THAO
    1001 JOHNSON PKWY #B9
    ST PAUL 55106 MN, USA

12. BURKE MCFARLAND a/k/a NOEL MCFARLAND
    170 N. POSEY HILL ROAD
    MOUNT JULIET, TN 37122

    978 GLADVILLE ROAD
    MOUNT JULIET, TN 37122

13. SOUTHERN LAND PARTNERS, LLC
    1922 ASHBURN CT
    NOLENSVILLE, TN 37135-9527 USA

CLERK OF THE COURT

______________________________

Date: ________________________