**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**CHERYL RADIX, ET AL**

CIVIL ACTION NO.: 1:22-CV -06632

**vs** ***Plaintiff***

**KENSINGTON INTERNATIONAL, INC., ET AL**

***Defendant***

## AFFIRMATION OF SERVICE

The undersigned, affirms and says;

Undersigned is not a party herein, is over 18 years of age and resides in East Meadow, New York

That on **4/29/2026** at **5:20 PM** at **1305 East 46th Street, Brooklyn, NY 11234**

undersigned served a(n) **Summons in a Civil Action, Second Amended Class Action Complaint, Exhibits 1-13**

on **Steven Gelin**,

by delivering thereat a true copy of each to **John Gelin (Cousin)** a person of suitable age and discretion. Said premises is defendant's dwelling place/usual place of abode within the state.

Within 20 days of such delivery, undersigned mailed a copy of same by first class mail in a postpaid envelope properly addressed to defendant at defendant's last known residence at **1305 East 46th Street, Brooklyn, NY 11234**. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

Mailed Copy on **04/30/2026**

<u>Description of Person Served Based on Undersigned's Perception:</u>
Gender: Female
Race: Black
Hair: Black/Gray
Age: 51 - 65 Yrs.
Height: 5' 9" - 6' 0"
Weight:Over 200 Lbs.
Other: Balding

MILITARY SERVICE: Upon information and belief based upon the conversation(s) and observation(s) as aforesaid deponent avers that the defendant is not in the military service of the State of New York or the United States as that term is defined in the statutes of the State of New York or the Federal Soldiers and Sailors Civil Relief Act.

I affirm on 04/30/2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

Juan Aguirre
License No:2119916-DCWP