**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

CHERYL RADIX, JULIAN CARRINGTON, AUDRA HEAVEN, JIGAR PATEL, *and* ACHEBE SAM, *on behalf of themselves and all others similarly situated,*

*Plaintiff,*

v.

KENSINGTON INTERNATIONAL, INC., JOHN GELIN, EYAN EDWARDS, RHINA HERNANDEZ, RICARDO BLACK, KENNSINGTON CAPITAL GROUP, LLC, THE BUSINESS BUYERS CLUB, LLC, ARTIST SOLUTIONS, LLC D/B/A ARTIST FINANCIAL PROGRAMS or UNKNY, ULTIMATE BETTER WORLD SOLUTIONS LLC, FINANCIAL SAVER NETWORK, INC. D/B/A E-FUNDING COMPANY, KAY VANG-THAO, STEVEN GELIN, BURKE MCFARLAND A/K/A NOEL MCFARLAND, *and* SOUTHERN LAND PARTNERS, LLC,

*Defendants.*

Civil Action No. 1:22-cv-6632

**CLERK'S CERTIFICATE OF DEFAULT**

I, BRENNA B. MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on November 1, 2022 with the filing of a Summons and Complaint (*DE* #1), that the Second Amended Class Action Complaint was filed on March 11, 2026 (*DE* #36), that a copy of the Summons and Second Amended Complaint was served on Defendant Steven Gelin on April 29, 2026 by delivery to a person of suitable age and discretion at his dwelling place and by mailing on April 30, 2026 (*DE* #40), and on Defendant Burke McFarland a/k/a Noel McFarland by personal delivery on April 29,

2026 (*DE* #39), and that proof of service for both such Defendants was filed on May 1, 2026 (*DE* #39 and #40).

I further certify that the docket entries indicate that none of the afore-mentioned Defendants have filed an answer or otherwise moved with respect to the Second Amended Complaint herein. The default of Defendants Steven Gelin and Burke McFarland a/k/a Noel McFarland is hereby noted.

Dated: Brooklyn, NY
October 27, 2026

BRENNA B. MAHONEY, Clerk of Court

By: J. Poveda
Deputy Clerk